**Reginald B. DeJOHNETTE, Plaintiff–Appellant,**

v.

**Charles LEE, Carl Millner, Randy Sid, Sheri Ketnor, Sue Norton, Frances Maxwell, Andera Guyot, and Andrea Mobley, Defendants–Appellees.**

**Reginald B. DeJohnette, Plaintiff–Appellant,**

v.

**Susan Hubbard, Mike Evans, N. Grannis, A. Hedgpeth, G. Neotti, B. Rankin, G.R. Salazar, J.A. Agamao, Eloy Medina, T. Variz, M. Lopez, K.J. Allen, and J. Burleson, Defendants–Appellees.**

Nos. 2011–1079, 2011–1097.

United States Court of Appeals, Federal Circuit.

May 13, 2011.

Reginald B. DeJohnette, Soledad, CA, pro se.

Erin B. Sullivan, San Francisco, CA, for Defendants–Appellees.

## ORDER

The appellant having not filed a brief in these matters,

IT IS ORDERED THAT:

The appeals are dismissed.